COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:  01-16-00682-CV

Style:  Austin Bridge & Road, LP v. Raquel Suarez, Lucila Suarez, Raquel

Suarez, Ruben Dario Suarez, Individually and as heirs to and

Representatives of the estate of Jose Dario Suarez, deceased

Date motion filed[*]:  February 8, 2017

Type of motion:  Third Motion for Extension of Time to File Reporter's Record

Party filing motion:  Court Reporter Carolyn Ruiz Coronado

Document to be filed:  Reporter's Record

Is appeal accelerated?  No.

If motion to extend time:

Original due date:  November 29, 2016

Number of extensions granted:  2  Current Due Date:  February 8, 2017

Date Requested:  March 9, 2017 (100 days from original deadline)

Ordered that motion is:

☑ Granted

If document is to be filed, document due:  March 9, 2017.

☑ No further extensions of time will be granted.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

On January 13, 2017, the Clerk of this Court granted the reporter's second extension
request until February 8, 2017, with no further extensions to be granted absent
exceptional circumstances, but no show-cause warnings were warranted then.  Thus,
the reporter's third extension request is **granted**, but the reporter is warned that **no
further extensions will be granted**.  *See* TEX. R. APP. P. 10.5(b)(1)(C), 35.3(c).
Accordingly, if the reporter's record is not filed by **March 9, 2017**, the Court may
abate for the trial court to hold a show-cause hearing to determine whether
**Carolyn Ruiz Coronado** should be held in contempt.  *See* TEX. R. APP. P. 37.3(a)(2).

Judge's signature: /s/ Evelyn Keyes

X  Acting individually  ☐  Acting for the Court

Date: February 14, 2017